AO 245D (Rev. 12/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

LEWIS ANTONIO ARNOLD

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 7:06-CR-00012-001

USM No. 87849-020

Jason Moon
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1,2 of the term of supervision.

☐ was found in violation of condition(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from violation of the law | 11/15/2025 |
| 2 | Possession of Firearm | 11/15/2025 |

The defendant is sentenced as provided in pages 2 through 2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 5787

Defendant's Year of Birth: 1974

City and State of Defendant's Residence:

McDonough
Georgia

August 4, 2026
Date of Imposition of Judgment

S/Leslie Abrams Gardner
Signature of Judge

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

August 12, 2026
Date

DEFENDANT: LEWIS ANTONIO ARNOLD
CASE NUMBER: 7:06-CR-00012-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ____________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________________________

______________________________________________________________

______________________________________________________________

Defendant delivered on ____________________________ to ________________________________

at ____________________________ with a certified copy of this judgment.

________________________________________
UNITED STATES MARSHAL

By ________________________________________
DEPUTY UNITED STATES MARSHAL